LARRY LUM, ESQ.
Nevada Bar No. 14914
E-mail: Larry.Lum@wilsonelser.com
ASHLEY L. ZURKAN, ESQ.
Nevada Bar No. 16473
E-mail: Ashley.Zurkan@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
*Attorneys for Defendants SRG Nevada, LLC,*
*SRGMF IV American Pacific Henderson, LLC, Peter*
*Jobson, and Joshua Moreno*

# UNITED STATES DISTRICT COURT

## CLARK COUNTY NEVADA

| | |
|---|---|
| STANISLAV ZUBKO,<br><br>Plaintiff,<br><br>vs.<br><br>SRG NEVADA, LLC, a Delaware Limited-Liability Company; SARES REGIS OPERATING COMPANY, L.P., a Delaware Limited Partnership Company; PETER JOBSON, individually; JOSHUA MORENO, individually; CITY OF HENDERSON, a political subdivision of the State of Nevada; DANIELLE BELANGER, individually; ASHLEY JARQUIO-MENDOZA, individually; JOHNNY FLEWELLEN, individually; DOES I through X; and, ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01073-GMN-MDC<br><br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR PROPERTY DEFENDANTS TO FILE THEIR REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record, Defendants SRG Nevada, LLC, SRGMF IV American Pacific Henderson, Peter Jobson, and Joshua Moreno ("Property Defendants") by and through their attorneys of record, Larry Lum, Esq. and Ashley Zurkan, Esq., of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, and Plaintiff, Stanislav Zubko, by and through his attorneys of record, Carl E.G. Arnold, Esq., of CEGA LAW GROUP, that the deadline for Property Defendants to file their Reply to Plaintiff's

338558525v.1

Opposition to Property Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [ECF 19] is extended to July 13, 2026.

### IT IS SO STIPULATED.

DATED this 29th day of June, 2026.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

BY: */s/ Ashley Zurkan*
LARRY LUM, ESQ.
Nevada Bar No. 14914
ASHLEY L. ZURKAN, ESQ.
Nevada Bar No. 16473
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants SRG Nevada, LLC, SRGMF IV American Pacific Henderson, LLC, Peter Jobson, and Joshua Moreno*

DATED this 26th day of June, 2026.

**CEGA LAW GROUP**

BY: */s/ Carl E.G. Arnold*
CARL E.G. ARNOLD, ESQ.
Nevada Bar No. 8358
VERNON EVANS, II.
Nevada Bar No. 14705
1771 E. Flamingo Rd #211B
Las Vegas, NV 89119
*Attorney for Plaintiff*

DATED this 29th day of June, 2026.

**CITY OF HENDERSON**

BY: */s/ Michael J. Oh*
MICHAEL J. OH, ESQ.
Nevada Bar No. 7470
240 S. Water St. MSC 144
Henderson, NV 89015
*Senior Assistant City Attorney*

### ORDER

IT IS SO ORDERED.

**DATED** this __1__ day of July, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

-2-

338558525v.1